

**United States Department of Justice**

United States Attorney's Office

Western District of Texas - El Paso Division

*700 E. San Antonio Ave, Suite 200*  *Phone: (915) 534-6884*
*El Paso, Texas 79901*  *Facsimile: (915) 534-6024*

July 21, 2020

United States District Clerk's Office
Western District of Texas
525 Magoffin Avenue, Suite 105
El Paso, Texas 79901

    **Re:**   **U.S. v. Anthony Tew**
            **20-MJ-02740-ATB**

Dear Sir or Madam:

    This is to advise you that the undersigned Assistant United States Attorney is currently the attorney assigned to represent the United States in the above-entitled and numbered cause on all matters forthwith. Please update your records to accurately reflect this information.

    Thank you for your attention to this matter.

                                          Sincerely,

                                  By:   _____/s/_____
                                        Herbert L. Bunton III
                                        Assistant United States Attorney