# FEDERAL PUBLIC DEFENDER

## WESTERN DISTRICT OF TEXAS

**MAUREEN SCOTT FRANCO**
FEDERAL PUBLIC DEFENDER

RICHARD C. WHITE FEDERAL BUILDING
700 E. SAN ANTONIO AVENUE, SUITE D-401
EL PASO, TEXAS 79901-7020

TELEPHONE
(915) 534-6525

TOLL FREE
(855) 666-1510

FACSIMILE
(915) 534-6534

JUDY F. MADEWELL
FIRST ASSISTANT
_____

SAN ANTONIO
AUSTIN
ALPINE
DEL RIO
MIDLAND
PECOS
WACO

July 21, 2020

REGINALDO TREJO, JR.
EDGAR HOLGUIN
*EL PASO*
SUPERVISORY ASSISTANTS

United States District Clerk
United States Courthouse
525 Magoffin Ave.
El Paso, Texas  79901

      Re:   <u>USA vs. ANTHONY TEW</u>
            Case No. EP:20-M-2740ATB

Dear Sir or Madam:

      Please be advised that I, Assistant Federal Public Defender, Dennis Candelaria, have been assigned to the above-referenced case.

      Thank you for your attention to this matter.

                Very truly yours.

                MAUREEN SCOTT FRANCO
                Federal Public Defender

                /s/
                DENNIS CANDELARIA
                Assistant Federal Public Defender